Cleven Lewis **ROBERSON,**
**Plaintiff—Appellant,**

v.

Jo Anne B. **BARNHART, Commissioner of Social Security Administration, Defendant—Appellee.**

No. 05–1872.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 20, 2005.

Decided Oct. 26, 2005.

Cleven Lewis Roberson, Appellant Pro Se. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleven Lewis Roberson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Roberson's complaint filed under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Roberson v. Barnhart,* No. CA–05–408–JFM (D.Md. Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*